MICHAEL R. LOZEAU (State Bar No. 142893)
DAVID A. ZIZMOR (State Bar No. 255863)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
         David@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>TOMRA PACIFIC, INC., a corporation.<br><br>         Defendant. | Case No. C10-00701-BZ<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS AND VACATING EXISTING DEADLINES**<br><br>Judge: Hon. Bernard Zimmerman<br><br>Conference: December 13, 2010<br>Time: 4:00 pm<br>Courtroom: G |

**PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agencies' 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(2).[1]

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

**PLEASE TAKE FURTHER NOTICE** that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). Such notice will be mailed to the agencies on or about December 13, 2010. The regulatory agencies' review period will end by approximately February 7, 2011 (allowing forty-five days for agency review and approximately nine days for mailing time). If any of the reviewing agencies object to the proposed Consent Decree, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. At the end of the 45-day review period, the parties will file either the proposed Consent Decree for review and approval by the Court or a notice that the agencies objected to the proposed Consent Decree.

In light of the settlement agreement entered into by the parties and the need to await the conclusion of the agencies' 45-day review period, Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Tomra Pacific, Inc. ("Tomra"), through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on February 18, 2010, CSPA filed its complaint in this action;

**WHEREAS**, a Status Conference currently is scheduled for Monday, December 13, 2010 at 4 p.m.;

**WHEREAS**, Tomra and CSPA have been diligently engaged in settlement discussions since prior to the filing of the complaint;

**WHEREAS**, the parties successfully completed and executed a proposed Consent Decree on December 10, 2010;

**WHEREAS**, on December 13, 2010, CSPA will submit the proposed Consent Decree via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and must then await the completion of the 45-day review period set forth at 40 C.F.R. § 135.5 and 33 U.S.C. § 1365(c)(2);

1  **WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve
2  costs incurred in this matter pending the agencies review of the executed settlement agreement;

3  **WHEREAS**, in light of the parties' entering into the settlement agreement and the need to
4  allow the federal agencies 45 days to review the proposed Consent Decree, the parties further request
5  that the Court immediately stay all proceedings in this action until February 25, 2011, by which date
6  the parties expect to have filed the proposed Consent Decree with the Court. The parties further
7  request that all deadlines and dates currently scheduled by the Court be vacated.

8  **THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and Tomra,
9  through their respective counsel of record, that the Court stay all proceedings in this action until
10 February 25, 2011 and, with the exception of this Stipulation, vacate all deadlines and dates currently
11 scheduled by the Court.

12 Dated: December 13, 2010

Respectfully submitted,

LOZEAU DRURY LLP

By: /s/ *Michael R. Lozeau*
    Michael R. Lozeau
    Attorney for Plaintiff
    CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP

By: /s/ *Ralph W. Robinson*
    (as authorized on December 13, 2010)
    Ralph W. Robinson
    Attorney for Defendant
    TOMRA PACIFIC, INC.

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: 13 Dec '10

Judge Bernard Zimmerman
United States Magistrate Judge

Notice Of Settlement; Stipulation and [Proposed]              3              Case No. C10-00701-BZ
Order Staying Proceedings and Vacating
Existing Deadlines